UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-Roettger

UNITED STATES OF AMERICA
    Plaintiff

Bernard Smith
    Defendant

ORDER ON INITIAL APPEARANCE

Language: English

Tape No. 00-_____

AUSA Rice

The above-named defendant having been arrested on 6-15-00 having appeared before the court for initial appearance on 6-16-00 and proceedings having been held in accordance with _____

ORDERED as follows:

1. _____ Richard _____ appeared as _____
   Address __
   Zip Code _____ Telephone _____

2. _____
   Address
   Zip Code

3. The defendant _____

4. Arraignment ~~XXXXXXXXXXXXXXXXX~~ _____

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. _____ because _____

   A detention hearing _____ 6-___-00 _____

6. The defendant shall be released from custody upon posting of the following type of appearance bond pursuant to 18 U.S.C. 3142.

   _____ PTD Requested

This bond shall contain the standard conditions of bond printed on the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

_____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

_____ b. Report to Pretrial Services as follows _____ times a week by phone, _____ times a week in person; other _____

_____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

_____ d. Maintain or actively seek full-time gainful employment.

_____ e. Maintain or begin an educational program.

_____ f. Avoid all contact with victims of or witnesses to the crimes charged.

_____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

_____ h. Comply with the following curfew _____

1

_____ 1. Comply with the following additional special conditions of this bond: _____

This bond was set   At Arrest      _____
                    On Warrant     _____
                    After Hearing  _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

- The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 16 day of June , 20 00 .

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services