UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 29095-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00 6162-CR-NCR
                         ) REPORT COMMENCING CRIMINAL
        -vs-              ) ACTION
                         )
    BERNARD SMITH         )
                         )
                Defendant

FILED by _____ D.C.
JUN 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*****************************************************************
All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: _____ am/pm,

(2)  Language Spoken: ___English___

(3)  Offense (s) Charged: _____
     _____

(4)  U.S. Citizen [X] Yes   [ ] No   [ ] Unknown

(5)  Date of Birth: ___7/2/65___

(6)  Type of Charging Document: (check one)
     [X] Indictment  [ ] Complaint  To be filed/Already filed
     Case# 00-6162_____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: SOUTHERN DISTRICT OF FLORIDA

     COPY OF WARRANT LEFT WITH BOOKING OFFICER [X]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7)  Remarks: _____
     _____

(8)  Date: _____  (9) Arresting Officer: SA CROWLEY A MODERATT

(10) Agency: FBI _____   (11) Phone: (954) 31-2465

(12) Comments: _____