| | |
|---|---|
| DEFT: Bernard Smith (J)# | CASE NO: 00-6162-CR-Roettger |
| AUSA: Kathleen Rice *present* | ATTNY: Rick Diaz (Henry) |
| AGENT: | VIOL: 21:46,841;18:1956; 21:853 |
| PROCEEDING: Initial Appearance | BOND REC: PTD |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

FILED by _____ D.C.
JUN 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ___ Halfway House
___ Electronic Monitoring

Indictment unsealed
∆ - advised of charges

asks for addl
time for PTD
- granted

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 6-26-00 | 10:30 | SNOW |
| PTD/BOND HEARING: | 6-26-00 | 10:30 | SNOW |
| PRELIM/ARRAIGN. OR REMOVAL: | 6-26-00 | 10:30 | SNOW |
| STATUS CONFERENCE: | | | |

DATE: 6-16-00     TIME: 11:00am    TAPE # 00-052    PG # 17
400-740

28/DM