# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA** 48 4021

UNITED STATES OF AMERICA

V.

BERNARD SMITH

**WARRANT FOR ARREST**

CASE NUMBER **00-6162**

CR-ROETTGER

MAGISTRATE JUDGE
SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BERNARD SMITH**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title 21 United States Code. Section(s) 846

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

_[signature]_
Issuing Officer

6/15/00 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ _Pretrial Detention_

BARRY S. SELTZER
by **MAGISTRATE JUDGE**
Name of Judicial Officer

_[signature]_

## RETURN

This warrant was received and executed with the arrest of the above named defendant at

Ft. Lauderdale, FL

| DATE RECEIVED<br>6/15/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>6/15/00 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev 12/85) Warrant for Arrest