## COURT MINUTES

### U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: BERNARD SMITH (J)                CASE NO: 00-6162-CR-ROETTGER

AUSA: KATHLEEN RICE  /s/              ATTY: RICK DIAZ, ESQ.  /s/

AGENT:                                 VIOL:

PROCEEDING PTD HEARING                 RECOMMENDED BOND

BOND HEARING HELD - yes/no             COUNSEL APPOINTED

____ BOND SET @

____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person

3) Travel extended to:

_Gov't proceeded by proffer_

_S/A Andrew Thompson sworn for cross_

_PTD Ordered — danger + risk of flight_

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

                          PTD/BOND HRG:

                          PRELIM/ARRAIGN:

                          REMOVAL HRG:

                          STATUS CONF:

Date: 6/23/00   Time 1:30 PM   FTL/LSS TAPE #00- 033  Begin: 2/77   End: 1136

+ 00-034

*FILED by D.C. JUN 2 3 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*