DEFT: BERNARD SMITH (J) - present          CASE NO: 00-6162-CR-Roettger

AUSA: Kathleen Rice - present              ATTNY: Rick Diaz - present

AGENT: _____                       VIOL: _____

PROCEEDING: Inquiry Re Counsel/            BOND REC: _____
            Arraignment

BOND HEARING HELD - yes/no                  COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
JUL 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: August 11, 2000 @ 11:00 a.m. before Mag. Judge S____

DATE: July 28, 2000    TIME: 11:00 A.M.    TAPE #    PG #

92/DM