FILED
JUL 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-Roettger

UNITED STATES OF AMERICA

vs

Bernard Smith

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 7-28-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and co~~appointe~~d/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address:     In Custody

Telephone:

DEFENSE COUNSEL:     Name:        Richard Diaz

Address:

Telephone:

BOND SET/CONTINUED:  $            Cont'd in custody

Bond hearing held:  yes_____  no_____  Bond hearing set for_____

Dated this __28__ day of ____July____, 20 _00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. __00-061__

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services