| | | | |
|---|---|---|---|
| DEFT: | Bernard Smith (no deft needed) | CASE NO: | 00-6162-CR-Roettger |
| AUSA: | Kathleen Rice  *present* | ATTNY: | Richard Diaz  *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status Conference | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

____ BOND SET @

CO-SIGNATURES: ____

SPECIAL CONDITIONS: ____

FILED by ___ D.C.
AUG 1 1 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt. to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ____ Halfway House
    ____ Electronic Monitoring

Discovery out
no motions
6-8 days for trial
Gov't ready

Title 3 motion likely
Suppress

∆ - will file motion
to continue

NEXT COURT APPEARANCE: ____ DATE: ____ TIME: ____ JUDGE: ____
INQUIRY RE COUNSEL: ____
PTD/BOND HEARING: ____
PRELIM/ARRAIGN. OR REMOVAL: ____
STATUS CONFERENCE: ____

DATE: 8-11-00    TIME: 11:00am    TAPE # 00-066  PG # 1
3117 -
3342