UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA,

VS.

BERNARD SMITH,

    Defendant.
_____/



## STATUS REPORT

A status conference was held in this cause on August 11, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require six to eight days to try.

2. Defense counsel informed the Court that he will be moving to continue the trial of this cause. He is currently in trial before a Miami district judge in a matter that is not anticipated to conclude before the end of this month. Counsel further informed the Court that he will be moving to suppress certain wire tap evidence and to reopen the Government's request to delay compliance with the Standing Discovery Order. He will also

1



be appealing the pretrial detention order entered in this case.

DATED at Fort Lauderdale, Florida this _____ day of August 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Norman C. Roettger
United States District Judge

Kathleen Rice, Esquire
Assistant United States Attorney

Richard J. Diaz, Esquire
2701 SW 3rd Avenue
Miami, Florida 33129-2335
Attorney for Defendant