UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6162-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD SMITH, et al.

    Defendants.
_____/

### DEFENDANT, BERNARD SMITH'S, UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW, Defendant, BARRY SMITH, by and through his undersigned counsel, and files his UnopposedMotion to Continue Trial and states as follows:

    1.    On August 1, 2000, undersigned counsel received a Notice of Calendar Call/Trial setting this matter for trial period commencing August 23, 2000.

    2.    Undersigned counsel is presently involved in a federal criminal trial in Miami in the matter of <u>United States of America v. Miguel Vega</u>, case number 99-583-Cr-Seitz. Trial in this case is expected to conclude on or about October, 2000. Therefore, it is respectfully requested that the trial in this case be rescheduled accordingly.

1

3.   AUSA Kathleen Rice has no objection to the granting of this motion.

WHEREFORE, Defendant, BERNARD SMITH, respectfully requests this Honorable Court grant the relief requested herein.

Respectfully submitted,

Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of August 2000 to Assistant U.S. Attorney Kathleen Rice, 500 E. Broward Blvd., Seventh Floor, Ft. Lauderdale, FL 33394, Randee J. Golder, Esq., counsel for Barry Smith, P.O. Box 3756, Boynton Beach, FL 33424, Assistant Federal Public Defender Patrick Michael Hunt, counsel for Sam Jones, 101 NE 3 Ave, suite 202, Ft. Lauderdale, Florida 33301, Michael James Entin, Esq., counsel for Elliot Aiken, 1 E. Broward Blvd., Suite 1500, Ft. Lauderdale, FL 33301, martin A. Feigenbaum, Esq., counsel for Raymond Hicks, 150 W. Flagler Street, Suite 1565, Miami, FL 33130, Manuel Gonzalez, Jr., counsel for Asia Nelson, 782 N.W. 42nd Avenue, Miami, FL 33126, Ssteven Hunter Kassner, Esq., counsel for Earl

Parker, 815 Ponce de Leon Blvd., Suite 303, Coral Gables, FL 33134-3007, Vincent J. Flynn, Esq., and counsel for Willie Walker, 1221 Brickell Ave, Suite 602, Miami, FL 33131-3260.

Richard J. Diaz, Esq.

mwd\fed\b-smith\mot2cont\4652\mvg