UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6162-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD SMITH,

    Defendant.
_____/

## DEFENDANT, BERNARD SMITH'S, INVOCATION OF FEDERAL RULE OF CRIMINAL PROCEDURE 16(a)(1)(E)

The Defendant, BERNARD SMITH, hereby invokes and seeks the government's full compliance with Federal Rule of Criminal Procedure 16(a)(1)(E) regarding any expert witnesses the government intends to rely upon at trial.

Respectfully submitted,

RICHARD J. DIAZ
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

1



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 23rd day of August, 2000 to AUSA Kathleen Rice, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394.

Richard J. Diaz, Esq.

mswd/fd/b-smith-nvo-frcp\4580