UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6162-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD SMITH, et al.

    Defendants.
_____/

### BERNARD SMITH'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S APPEAL FROM ORDER GRANTING GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

COMES NOW Defendant, BERNARD SMITH, by and through his undersigned counsel and replies as follows:

1. The government seeks dismissal of the appeal on a technicality that the appeal was not filed within 10 days after the pretrial detention order.

2. The government ignores that the appeal could not be filed without the transcript and that the transcript was ordered within the 10 day period but took beyond the 10 days to be submitted for inclusion into the bond appeal itself.

3. The government also ignores that undersigned counsel has been attached to trial since mid-June of this year which trial only ended on September 19, 2000.

4. Through this reply, we seek leave of court to have the appeal filed in a belated fashion and accepted by the court for the reasons cited herein.

Respectfully submitted,

Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 19th day of September, 2000 to Assistant U.S. Attorney Kathleen Rice, 500 E. Broward Blvd., Seventh Floor, Ft. Lauderdale, FL 33394.

Richard J. Diaz, Esq.

mwd\fed\b-smith\reply 2govtresp2bondappeal\4652\mvg

2