cr-06162-PAS    Document 143    Entered on FLSD Docket 10/20/2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6162-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD SMITH, et al.

    Defendants.

_____/

## DEFENDANT, BERNARD SMITH'S, NOTICE OF WITHDRAWAL OF MOTION TO COMPEL GOVERNMENT'S BETTER COMPLIANCE WITH THE STANDING DISCOVERY ORDER, RULE 16.1

COMES NOW, Defendant, BERNARD SMITH, by and through his undersigned counsel, and gives his Notice of Withdrawal of Motion to Compel Government's Better Compliance with the Standing Discovery Order. Undersigned counsel had spoken with Assistant U.S. Attorney Kathleen Rice, who had agreed to comply without the necessity of court intervention before the motion was filed and the motion was filed inadvertently.

                                Respectfully submitted,



Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 17th day of October, 2000 to Assistant U.S. Attorney Kathleen Rice, 500 E. Broward Blvd., Seventh Floor, Ft. Lauderdale, FL 33394.

Richard J. Diaz, Esq.

mwd\fed\b-smith\now-mot2compgovtbettcompw-SDO\4652\mvg