## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: BERNARD SMITH (J) #~~29932-004~~ | CASE NO: 00-6162-CR-ROETTGER |
| AUSA: KATHLEEN RICE / pres | ATTY: RICK DIAZ, ESQ. / pres |
| AGENT: | VIOL: |
| PROCEEDING: ARRIANGMENT ON SUPERSEDING | RECOMMENDED BOND: |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

FILED by ___ D.C.
OCT 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❏ *Do not violate any law.*
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Re-set for

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 10-24 | /1 | BSS | 2 |
| STATUS CONFERENCE: | | | | |

DATE: 10-20-00   TIME: 9:00 A.M.   FTL/LSS TAPE # 00 - 054   Begin: 2405   End: ~~2505~~

144