DEFT: Bernard Smith (J)#     CASE NO: 00-6162-CR-Roettger (s)

AUSA: Kathleen Rice *present*     ATTNY: Richard Diaz *John Cohone standing in*

AGENT:     VIOL:

PROCEEDING: Arraignment on SS     BOND REC:

BOND HEARING HELD – yes/no   Indictment     COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE:

DATE: 10-24-00    TIME: 11:00am    TAPE # 00-480   PG # 5
1700-1800   149/DM