UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.
00-6162-CR-Roettger (s)

UNITED STATES OF AMERICA

vs

Bernard Smith                    ARRAIGNMENT INFORMATION SHEET


        The above named Defendant appeared before Magistrate Judge Barry S.
Seltzer on      10-24-00      , where the Defendant was arraigned and a plea
of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of
record will be noticed for trial by the District Court Judge assigned to this
case.  The following information is current as of this date:


DEFENDANT:              Address:_____In Custody_____

                        _____

                        Telephone:_____

DEFENSE COUNSEL:        Name:_____Richard Diaz_____

                        Address:_____

                        _____

                        Telephone:_____

BOND SET/CONTINUED:     $_____Cont'd in custody_____

Bond hearing held: yes_____  no_____  Bond hearing set for_____

Dated this____24___day of _____October_____, 20_00_.

                        CLARENCE MADDOX, CLERK OF THE COURT,

                        By:_____

                            Deputy Clerk

                        Tape No.____00-080_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services