UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6162-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD SMITH, et al.

    Defendants.
_____/

### NOTICE OF VACATION

PLEASE TAKE NOTICE that the undersigned attorney hereby files this Notice with the Court and all Counsel of Record in this matter that the offices of the undersigned will be closed from Monday, December 25, 2000 through Friday, December 29, 2000 for the Christmas holidays. Counsel will be unavailable for any hearing, depositions or other proceedings in this matter and respectfully requests that such matters not be scheduled during this period.

                                       Respectfully submitted,



1

Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25th day of October, 2000 to Assistant U.S. Attorney Kathleen Rice, 500 E. Broward Blvd., Seventh Floor, Ft. Lauderdale, FL 33394, Randee J. Golder, Esq., counsel for Barry Smith, P.O. Box 3756, Boynton Beach, FL 33424, Assistant Federal Public Defender Patrick Michael Hunt, counsel for Sam Jones, 101 NE 3 Ave, suite 202, Ft. Lauderdale, Florida 33301, Michael James Entin, Esq., counsel for Elliot Aiken, 1 E. Broward Blvd., Suite 1500, Ft. Lauderdale, FL 33301, martin A. Feigenbaum, Esq., counsel for Raymond Hicks, 150 W. Flagler Street, Suite 1565, Miami, FL 33130, Manuel Gonzalez, Jr., counsel for Asia Nelson, 782 N.W. 42nd Avenue, Miami, FL 33126, Ssteven Hunter Kassner, Esq., counsel for Earl Parker, 815 Ponce de Leon Blvd., Suite 303, Coral Gables, FL 33134-3007, Vincent J. Flynn, Esq., and counsel for Willie Walker, 1221 Brickell Ave, Suite 602, Miami, FL 33131-3260.

Richard J. Diaz, Esq.

mwd\fed\b-smith\NOT-VACATION\4652\mvg