HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

COURT MINUTES

Case No.: 00-6162-CR-  Date: 1/5/01
Courtroom Clerk: Y. Nast  Court Reporter: Bruno
Probation Officer: _____  Interpreter: _____

Plaintiff(s): U.S.A.  Counsel: Bien

Defendant(s): B. Smith, et al  Counsel: _____

Reason For Hearing: Status

Result of Hearing/Judgment: 6-8 weeks days next trial (3 weeks w/ dif case). Aug 27, 2001 trial. Set status in 60 days Mar 9, 2001 at 11:00 a.m.

Misc.: _____

182/00