UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6162-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD SMITH, et al.

    Defendants.
_____/



### DEFENDANT, BERNARD SMITH'S, MOTION FOR PRETRIAL DETERMINATION REGARDING THE ADMISSIBILITY OF POLYGRAPH EVIDENCE AND REQUEST FOR HEARING

COMES NOW, Defendant, BERNARD SMITH, by and through his undersigned counsel, and files his Motion for Pretrial Determination Regarding the Admissibility of Polygraph Evidence and Request for Hearing, and states as follows:

1. Bernard Smith took and successfully passed two polygraph examinations regarding to this case. We have provided copies of the two examinations reports to AUSA, Kathleen Rice.

2. We intend to try to use this evidence at trail. Bernard Smith's trial strategy will vary drastically depending on the admissibility, or non-admissibility of this evidence. The defense will not be able to



make an adjustment of trial strategy in the midst of trial, after the government has rested its case. The only way that undersigned counsel can be effective at trial, is if he knows in advance of trial whether this particular evidence will be admitted at trial.

3. The defense has followed 11th Circuit law for the threshold admissibility of this evidence.

4. We respectfully request a hearing on this motion at the Court's convenience.

### RULE 88.9 COMPLIANCE

Undersigned counsel certifies that his secretary left a message for AUSA, Kathleen Rice, requesting her position on the motion but has not spoken to her as of its filing. We do presume she will object to this motion.

WHEREFORE, Defendant, BERNARD SMITH, respectfully requests this Honorable Court grant the relief requested herein.

Respectfully submitted,

Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 8th day of February 2001 to Assistant U.S. Attorney Kathleen Rice, 500 E. Broward Blvd., Seventh Floor, Ft. Lauderdale, FL 33394,

Richard J. Diaz, Esq.