HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by ____ D.C.
1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6162  Date: 9 March 01
Courtroom Clerk: C. Pressman  Court Reporter: J. Reeves
Probation Officer: ____  Interpreter: ____

Plaintiff(s): USA  Counsel: Rice

Defendant(s): Smith, Barry  Counsel: Golder
Smith, Bernard  Lotin
Aiken  Garcia
Hicks  Gonzalez
Nelson  Flynn
Walker

Reason For Hearing: Status

Result of Hearing/Judgment: Cont 3 weeks
Set Aug 27, 2001

Misc.: ____