UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6162-CR-ROETTGER

UNITED STATES OF AMERICA

v

BERNARD SMITH



NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>TUESDAY APRIL 10, 2001 at 10:30 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:
HEARING ON MOTION FOR ADMISSIBILITY OF POLYGRAPH EVIDENCE.

CLARENCE MADDOX, CLERK

DATED: 3/21/01

BY: _LP Hart_

Deputy Clerk

208
DM