UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER/SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BERNARD SMITH, | ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court upon the Government's motion for imposition of Nebbia requirement and stay of defendant's release. The Court having reviewed the Government's motion, and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the Government's motion is hereby **GRANTED.** Prior to his release, the Defendant, Bernard Smith, shall provide the Government with documentation satisfying a *Nebbia* condition on the corporate surety bond. Upon the satisfaction of this condition, the Government shall immediately notify the Clerk of the Court so that the Defendant may be released from pretrial detention.

DONE and ORDERED this __13__ day of April, 2001, in Fort Lauderdale, Florida.

NORMAN C. ROETTGER
UNITED STATES DISTRICT JUDGE

Copies furnished:
Kathleen Rice, AUSA
Richard Diaz, Esquire

