**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

BERNARD SMITH, et al.,

     Defendants.

_____/

Case No.: 00-6162-CR-ROETTGER

<u>ORDER</u>



FILED by _____ D.C.
INTAKE
APR 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

**THIS CAUSE** is before the court on defendant Bernard Smith's renewed motion for bond pending trial. Argument was presented by both sides.

The polygraph exam took place without the participation of government counsel. Defendant asserts the polygraph exam administered to him contains exculpatory answers and compels his release/pending trial.

The court notes that Magistrate Judge Snow held a lengthy hearing as to defendant Bernard Smith's bond status pending trial and concluded on June 27, 2000 that "the evidence against defendant is substantial".

A wire intercept was authorized by Judge Ferguson of this court and approximately 10,000 telephone conversations were recorded. One of the co-defendants, a deputy sheriff of this county, has been charged with passing along the names of confidential informants plus other information to defendant and his



twin brother co-defendant.

The court notes defendant operated a successful trucking business hauling coca-cola products in Florida and has no other pending charges and no prior convictions. Additionally, his wife is a teacher at a local high school.

Nothing in this order is to be considered as indicating the court's determination as to whether defendant's polygraph answers will be permitted at the trial this August. See U.S. v. Piccinonna, 885 F.2d 1529 (11th Cir. 1989)[en banc]; but see U.S. v. Gilliard, 133 F.3d 809 (11 Cir. 1998).

This case has not progressed to trial as quickly as anticipated and now is set for trial in August of this year.

Defendant's use of aliases and false identification numbers, as found by Magistrate Judge Snow, is very disturbing to this court. However, the court cannot equate that to his being a risk of flight.

Therefore, the court believes defendant is entitled to bond pending trial. Bond to be set in the amount of $200,000 corporate surety. *Defendant to comply with special conditions of bond, as indicated here*

**DONE AND ORDERED** this _12_ day of ___April___, 2001.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record