**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARRY SMITH, et al.,

    Defendants.

_____/

Case No.: 00-6162-CR-ROETTGER

**ORDER OF REFERRAL**



FILED by _____ D.C.

APR 17 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THIS CAUSE** is before the Court upon Plaintiff's motion for imposition of Nebbia requirement on Bernard Smith's corporate surety bond. Because the Court granted plaintiff's motion to impose a Nebbia requirement on the corporate surety bond, it is

**ORDERED AND ADJUDGED** that pursuant to the provisions of 28 U.S.C. § 636 and Rule 1(i) of the Magistrate Rules for the United States District Court for the Southern District of Florida, the Nebbia hearing is hereby referred to United States Magistrate Barry S. Seltzer for disposition.

**DONE AND ORDERED** this __17__ day of ___Apr___, 2001.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record

