HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED ?9 2001
CLARENCE MADDOX

## COURT MINUTES

Case No.: 00-6162        Date: 10 April 01
Courtroom Clerk: C Pressman    Court Reporter: J Reeves
Probation Officer: _____        Interpreter: _____

Plaintiff(s): USA            Counsel: Rice

Defendant(s): Bernard Smith    Counsel: Richard Diaz
                                        Jackie Salcines

Reason For Hearing: Admissibility of Polygraph

Result of Hearing/Judgment: Taken under advisement

Misc.: _____