cr-06162-PAS   Document 218   Entered on FLSD Docket 04/25/2001

COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

FILED by _____ D.C.
INTAKE
APR 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

DEFT: BERNARD SMITH (J)#    CASE#: 00-6162-CR-Roettger

AUSA: Kathleen Rice  present    Richard Diaz  present

AGENT: _____    VIOL: _____

PROCEEDING: Nebbia Hearing    BOND REC: NCR set bond & conditions
-deft needs to sign bond

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

Argument heard by both parties

AUSA Rice will contact the Courtroom Deputy to confirm if the Nebbia has been satisfied.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 4-19-01    TIME: 11:00am    TAPE # 01-022 PG # 310-829