

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6162-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD SMITH, et al.

    Defendants.
_____/

## AFFIDAVIT IN SUPPORT OF MOTION TO SEVER

I, BERNARD SMITH, after first being duly sworn, do depose and say:

1. That I am a co-defendant in the matter of UNITED STATES OF AMERICA V. RAYMOND HICKS, et. al, Case Number 00-6162-CR-ROETTGERS.

2. That at present, I do not know if I will testify at my own trial.

3. That at a separate trial, if placed under subpoena, I would testify on behalf of my co-defendant RAYMOND HICKS as follows:

    a. That I have never paid Raymond Hicks money for police-type favors, or confidential police-type information.



    b.    That Raymond Hicks lawfully purchased a Mercedes Benz automobile from my brother Barry Smith.

    c.    That since I am not guilty of having distributed cocaine, Raymond Hicks could never have transported cocaine for me.

    d.    That I do not believe or know that Raymond Hicks was ever involved in any illegal activity including drug activity.

    e.    That I have never heard Raymond Hicks say that he would "badge his way out of trouble if ever stopped by the police."

BERNARD SMITH

STATE OF FLORIDA)
SS)  **Broward**
COUNTY OF ~~DADE~~ )

The foregoing instrument was acknowledged before me this **19th** day of April 2001 by Bernard Smith, who personally appeared before me at the time of notarization and who is **personally known to me** and did/did not take an oath.

NOTARY PUBLIC.
sign: 
print: Richard J Diaz
State of Florida at Large
(Seal)

My Commission Expires:



OFFICIAL NOTARY SEAL
RICHARD J DIAZ
COMMISSION NUMBER
CC785544
MY COMMISSION EXPIRES
OCT. 22, 2002