UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6162-CR-ROETTGER(s)(s)
(Magistrate Judge Snow)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE WALKER and
BERNARD SMITH,

    Defendants.
_____/

NOTICE OF POSSIBLE
SCHEDULING CONFLICT

Undersigned counsel submits the following notice of a possible scheduling conflict:

| Trial Date | Trial | Estimated Time | Date Set |
|---|---|---|---|
| 8-27-01 | U.S. v. Walker, et al.* (00-6162-Cr-Roettger) | 2-3 weeks | 1-5-01 |
| 9-10-01 | U.S. v. Gonzalez, et al.** (00-239-Cr-King) | 1 week | 5-14-01 |
| 9-17-01 | U.S. v. Lezcano, et al. (00-376-Cr-Lenard) | 4-6 weeks | 5-7-01 |

 * Attorney Richard Diaz represents co-defendant Bernard Smith
**Attorney Richard Diaz represents co-defendant Juan Gonzalez-Sosa

2. The Walker case should take no more than two weeks to try; however, it does involve a wiretap and trial length will depend on how many tapes the Government introduces.

3. The Gonzalez case is a retrial. The original trial was completed within a week.

4. Both Walker and Gonzalez are on bond; co-defendants on both cases are pre-trial detained.

5. Lezcano has been pretrial detained since August of 1999 and has demanded a speedy trial.

6. There is a potential scheduling conflict should there be unforseen problems causing delay in a case.

7. Richard Diaz, counsel for co-defendant BERNARD SMITH, represents a co-defendant in the Gonzalez case, JUAN GONZALEZ-SOSA..

                                  Respectfully submitted,

VINCENT J. FLYNN, ESQ.  RICHARD DIAZ, ESQ.
F.B.N. 151145           F.B.N. 0767697
1221 Brickell Avenue    2701 S.W. 3rd Avenue
Suite 1020              Miami, Florida 33129
Miami, FL 33131         Tel: (305)285-1122
Tel: (305) 858-1414

_____  _____
VINCENT J. FLYNN        RICHARD DIAZ
                                                                                                                                                                                           for

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following this ___3___ day of __Aug__, 2001:

>Kathleen Rice, Esq.
>Assistant United States Attorney
>500 E. Broward Blvd.
>7th Floor
>Fort Lauderdale, Fl 33394
>
>Patrick Hunt, Esq.
>Federal Public Defender
>101 N.E 3rd Avenue
>Suite 202
>Fort Lauderdale, Florida 33301
>
>Randee Golder, Esq.
>1300 Park Commerce Blvd.
>Suite: 263
>Delray Beach, Florida 33445
>
>Martin Feigenbaum, Esq.
>Museum Tower
>150 West Flagler Street
>Suite 1565
>Miami, Fl 33130
>
>Steven Kassner, Esq.
>815 Ponce De Leon Blvd.
>Suite 303
>Coral Gables, Fl 33134
>
>Manuel Gonzalez, Jr., Esq.
>780 N.W. 42ND Avenue
>Suite 318
>Miami, Florida 33126-5536

3

Michael Entin, Esq.
One East Broward Boulevard
Suite 1500
Fort Lauderdale, Florida 33301

Michael Bloom, Esq.
3225 Aviation Avenue
Suite 300
Miami, Florida 33133

_____
Vincent J. Flynn

_____
Richard Diaz