UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6162-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD SMITH, et al.

    Defendants.
_____/



### DEFENDANT, BERNARD SMITH'S, FIRST NOTICE OF RECIPROCAL DISCOVERY

COMES NOW, Defendant, BERNARD SMITH, by and through his undersigned counsel, and files his First Notice of Reciprocal Discovery, and states as follows:

1. 1998, 1999 and 2000 Federal Tax Returns for Bernard Smith.

2. Photographs of trucks used by Bernard Smith for his business.

3. Representative <u>Truck Stop Magazine</u>.

These documents can be viewed at the office of undersigned counsel. Office hours are Monday through Friday from 9:00 am to 5:00 pm.

**COPIES NOT PROVIDED** 255

Respectfully submitted,

Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
E-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 15th day of August, 2001 to Assistant U.S. Attorney, Kathleen Rice, 500 E. Broward Blvd., Seventh Floor, Ft. Lauderdale, FL 33394, Vincent Flynn, Esq., 1221 Brickell Avenue, Suite 602, Miami, FL 33131, Manuel Gonzalez, Esq., 782 N.W. Le Jeune Rd., Suite 318, Miami, FL 33126, and Randee J. Golder, Esq., P.O. Box 3756 Boynton Beach, FL 33424.

Richard J. Diaz, Esq.