UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6162-CR-ROETTGER(s)(s)/SNOW

UNITED STATES OF AMERICA,      :

    Plaintiff,      :

v.      :

BARRY SMITH, et al.,      :

    Defendants.      :

_____

FILED by ____ D.C.
AUG 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**O R D E R**

    THIS CAUSE is before the Court on defendant **Bernard Smith's** Motion to Require Government to Produce Presentence Investigation Reports of Government witnesses for In Camera Inspection by the Court, which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

    ORDERED AND ADJUDGED that the motion is DENIED as to defendant **Bernard Smith**. Counsel Richard Diaz has no standing to request relief on behalf co-defendants **Barry Smith, Willie Walker and Asia Nelson**. It is further

    ORDERED that counsel for defendant **Bernard Smith** provide a copy of this Order to all counsel as no envelopes were provided.

    DONE AND ORDERED at Fort Lauderdale, Florida, this 17th day of August, 2001.

                        _Lurana S. Snow_
                         LURANA S. SNOW
                         UNITED STATES MAGISTRATE JUDGE

Copies to:
Kathleen Rice (FTL)         Randee Golder, Esq.
Richard Diaz, Esq.          AFPD Pat Hunt (FTL)
Michael Entin, Esq.         Michael Bloom, Esq.
Manuel Gonzalez, Esq.       Steven Kassner, Esq.
Vincent Flynn, Esq.