HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.
AUG 2 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 70-6162-CR-NCR            Date: 8/28/01
Courtroom Clerk: F. Hart            Court Reporter: Birales
Probation Officer: _____          Interpreter: _____
Plaintiff(s): USA                   Counsel: Bjck / Birabil


Defendant(s): B Smith et al        Counsel: All counsel present


Reason For Hearing: cont jury selection

Result of Hearing/Judgment: Trial began

Misc.: