FILED by _____ D.C.

AUG

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 99-6162-CR-NCR     Date: 8/29/01
Courtroom Clerk: F. Hart      Court Reporter: Reinato
Probation Officer: _____    Interpreter: _____
Plaintiff(s): U.S.C.          Counsel: Byer/Bradlick

Defendant(s): D. Smith, et al     Counsel: all counsel present

Reason For Hearing: Trial

Result of Hearing/Judgment: Trial cont'd til 8/30/01

Misc.: _____