HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6162-CR-NCR    Date: 9/4/01
Courtroom Clerk: F. Hart    Court Reporter: Bowe
Probation Officer: _____    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Bier/Karadbil

Defendant(s): K. Smith, et al    Counsel: All counsel present

Reason For Hearing: Trial

Result of Hearing/Judgment: Cont'd til 9/5/01

Misc.: _____