```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO: 00-6162-CR-ROETTGER
UNITED STATES OF AMERICA

      vs
```


BERNARD SMITH

**VERDICT**

_____/

We the jury, find the defendant BERNARD SMITHS,

_____ as to Count 1. If your verdict is for the
Guilty/Not Guilty

defendant please circle "Not Guilty", date, and sign this verdict form.

But if you find the defendant guilty as to Count 1, please indicate the amount of cocaine:

_____ under 500 grams,   _____ 500 grams to 5 kilograms,

_____ excess of 5 kilograms.

as charged in the Superseding Indictment.

    SO SAY WE ALL.

Dated this ___26TH___ day of ___SEPT___, 2001 at Ft. Lauderdale, Florida.

                              _____
                              Foreman/Forewoman