AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ FLORIDA

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

BERNARD SMITH

## JUDGMENT OF ACQUITTAL

CASE NUMBER:  00-6162-CR-ROETTGER

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

NORMAN C. ROETTGER
Name and Title of Judicial Officer

26 Sep 2001
Date

