UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

_USA_            Case No. _00-6162-CR-NCR_

vs.

_SMITH et AL_

### SEALED DOCUMENT IN VAULT

Document to be unsealed by order of court upon good cause shown.

Docket Clerk: _____

Docket Numbers _____

_298 - 302_