UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*USA*

Case No. *0CI-6162-CR-NCR*

vs.

*SMITH  et AL*

SEALED DOCUMENT IN VAULT

Document to be unsealed by order of court upon good cause shown.

Docket Clerk:

Docket Numbers _____

*298 - 302*