UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6162-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD SMITH,

    Defendants.
_____/



## DEFENDANT, BERNARD SMITH'S MOTION TO DISCHARGE BOND AND RELEASE SURETIES

For this Motion, the Defendant states:

1.  The Defendant was initially released on a $100,000.00 corporate surety bond on or about April 20, 2001.

2.  The bond was posted through Emilio Faroy Bail Bonds and the surety through Rangers Insurance Company.

3.  On Defendant, Bernard Smith was acquitted of all charges by a jury, and therefore, the case is now complete, and a bond is no longer required.

4.  For the foregoing reasons the Defendant seeks and order discharging the $100,000.00 corporate surety bond and exonerating the surety from, Rangers Insurance Company, on this bond.





5.  Pursuant to Local Rule 88.9, undersigned counsel left a telephone message with AUSA Kathleen Rice on October 16, 2001. She has not returned the message as of the filing of this motion.

WHEREFORE, Defendant, BERNARD SMITH, respectfully requests this Honorable Court enter an order discharging the bond and exonerating the sureties.

Respectfully submitted,

_____
Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
E-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ____ day of October 2001 to Assistant U.S. Attorney, Kathleen Rice, 500 E. Broward Blvd., Seventh Floor, Ft. Lauderdale, FL 33394.

_____
Richard J. Diaz, Esq.