UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6162-CR-ROETTGER



UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD SMITH,

    Defendants.
_____/

### DEFENDANT, BERNARD SMITH'S MOTION TO DISCHARGE BOND AND EXONERATE SURETY

THIS CAUSE having come before this Honorable Court, and the Court having read the Motion and having been fully advised on the premises, it is

ORDERED AND ADJUDGED:

1. The Defendant's Motion to discharge Bond and exonerate Surety is hereby GRANTED.

2. ~~Ranger Insurance Company~~ *The surety* is hereby discharged, released and exonerated on the $100,000.00 corporate surety bond on this case regarding this Defendant, Bernard Smith.

*Nov* DONE AND ORDERED in Broward County Chambers this **6** day of ~~October~~, 2001

                                                _____
                                                UNITED STATES DISTRICT COURT
                                                HONORABLE NORMAN ROETTGER

Cc: counsel of record

