UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6162-Cr-Roettger / Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD SMITH, BARRY SMITH,
WILLIE WALKER and ASIA NELSON,

    Defendants.
_____/



## NOTICE OF CHANGE OF ADDRESS

NOTICE IS HEREBY GIVEN that RICHARD J. DIAZ, ESQ., ANA M. SANTISTEBAN, ESQ., FRANK M. MARKS, ESQ., and RICHARD J. DIAZ, P.A. have changed their address effective March 15th, 2002. Please address all future pleadings and correspondence to **3127 Ponce de Leon Boulevard, Coral Gables, Florida 33134.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 12th day of March, 2002 to Kathleen Rice, AUSA, 500 East Broward Blvd. 7th Floor, Ft. Lauderdale, FL 33394, Vincent Flynn, Esq., 1221 Brickell Avenue, Suite 602, Miami, FL 33131, Manuel Gonzalez, Esq., 782 N.W. Le Jeune Rd., Suite 318, Miami, FL 33126, and Randee J. Golder, Esq., P.O. Box 3756 Boynton Beach, FL 33424.

Respectfully submitted,

_____
RICHARD J. DIAZ, ESQ.
RICHARD J. DIAZ, P.A.
3127 Ponce de Leon Blvd.
Coral Gables, FL 33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
Florida Bar No. 0767697
E-mail: rick@rjdpa.com

**NON-COMPLIANCE OF S.D. fla. L.R.** 5.1A.2

Richard J. Diaz, P.A., 2701 S.W. 3rd Avenue, Miami, Florida 33129 -- (305) 285-1122